# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
MAY 14 2020
CLERK, U.S. DISTRICT COURT
By _____ Deputy

Kephren Thomas #20008708  
Petitioner  

v.  

Marian Brown Dallas County Sheriff  
Respondent  

Case No. 3-20CV1258-C

**MOTION FOR TEMPORARY RESTRAINING ORDER / PRELIMINARY INJUNCTION**

To The Presiding Judge for the United States District Court for the Northern District of Texas Dallas Division:

Comes now, Kephren Thomas, hereinafter Petitioner seeking a Temporary Restraining Order & Preliminary Injunction for IMMEDIATE RELEASE from custody, stemming from the COVID-19 Pandemic

Petitioner hereby alleges that the Conditions of Confinement within the facility violate the Due Process Clause of the 5th & 14th Amendment to the United States Constitution. The conditions amount to punishment of a pre trial detainee with no legitimate purpose. The lack of implementation of prophylactic procedures & refusal to protect Petitioner from harm associated with COVID-19 signifies deliberate indifference to Petitioners Due Process Rights when the court takes into account Petitioner's underlying medical condition(s)

Petitioner & movant alleges that 1. There is a substantial likelihood of success on the merits; 2. A substantial threat of irreparable harm if the injunction is not granted; 3. The threatened injury outweighs any harm that may result

FROM THE INJUNCTION TO THE NON-MOVANT, & (4) THAT THE INJUNCTION WILL NOT UNDERMINE THE PUBLIC INTEREST

WHEREFORE Petitioner requests the Court Grant Petitioners Request for Temporary Restraining Order & Preliminary Injunction directing Dallas County Sheriff release Petitioner immediately, subject to Bond conditions in Cause No F2036078 & M2020487 To allow Petitioner to pay Electronic Monitoring & any other fees as reimbursement fees, court costs or waive fees. To order Dallas County Court NOT TO re arrest Petitioner pending the hearing on said Habeas Corpus unless Petitioner violates Condition(s) of release Petitioners medical records be filed under seal to maintain the privacy of said records & give Emergency Consideration to said Motion(s)

I, THE Undersigned Affiant, being Competent & having personal knowledge of the facts contained herein, verify under penalty of perjury under the laws of the United States are true & correct in accordance with 28 USC §1746

5/11/20
Date

Kephren Thomas
#20008708
NT/2E-02
Dallas County Jail
P.O. Box 660334
Dallas TX 75266